NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD PIERSON, DOC #915279,      )
                                   )
            Appellant,             )
                                   )
v.                                 )        Case No. 2D18-1151
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed March 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Michael F. Andrews,
Judge.

Richard Pierson, pro se.


PER CURIAM.


            Affirmed.


KELLY, SLEET, and SALARIO, JJ., Concur.